IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOEL GLASTON MUIR, | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION NO. 16-2256 |
| | : | |
| v. | : | |
| | : | |
| CYNTHIA LINK, Superintendent of SCI Graterford; THE DISTRICT ATTORNEY OF THE COUNTY OF MONTGOMERY; and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, | : | |
| | : | |
| Respondents. | : | |

# ORDER

**AND NOW**, this 21st day of September, 2021, after considering the "Motion to Vacate Judgment or Order Pursuant to Federal Rule of Civil Procedure 60(b)" filed by the *pro se* movant, Joel Glaston Muir ("Muir") (Doc. No. 42), Muir's motion for the appointment of counsel (Doc. No. 44), the respondents' response in opposition to the Rule 60(b) motion (Doc. No. 45), and Muir's reply brief in support of his Rule 60(b) motion (Doc. No. 51); and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The "Motion to Vacate Judgment or Order Pursuant to Federal Rule of Civil Procedure 60(b)" (Doc. No. 42) is **DENIED**;

2. Muir's motion for the appointment of counsel (Doc. No. 44) is **DENIED**; and

3. There is no cause to issue a certificate of appealability.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.